# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT HEALTH AND WELFARE TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> P&P INSURANCE SERVICES, LLC, *et al.,* <br><br> Defendants. | Case No. 2:11-cv-00734-RCJ-PAL <br><br> **ORDER** |

The court entered a Discovery Plan and Scheduling Order (Dkt. #47) for this case on September 22, 2011. The order established April 16, 2012, as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e).

Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the trial date in this matter is set for Tuesday, August 28, 2012, at 9:0 a.m., with calendar call on Monday, August 20, 2012, at 8:30 a.m., before Judge Robert C. Jones.

Dated this 6th day of December, 2011.

_____
Peggy A. Leen
United States Magistrate Judge